```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08071
   CHERYL A FISHER
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-7087
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 05/02/07 and confirmed on 07/05/07.

   2.   The case was dismissed after confirmation, 09/18/2008.

   3.   The Debtor paid a total of $   6188.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 4427.36 | .00 | 4427.36 |
| HOMETOWN CONDOMINIUM 3 A | SECURED | 900.00 | .00 | 300.00 |
| ACADEMY COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CAMELOT RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CHECKING PLUS | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 12087.05 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 18010.29 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS PROTECTION SER | UNSECURED | 6111.12 | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| GREATER ROUND LAKE FIRE | UNSECURED | NOT FILED | .00 | .00 |
| HOME MEDICAL EQUIPMENT | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 487.00 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MURPHY AMBULANCE | UNSECURED | 506.00 | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | 4209.00 | .00 | .00 |
| PERRYVILLE SURGICAL ASSO | UNSECURED | 3895.00 | .00 | .00 |
| RIDGE AMBULANCE SERVICE | UNSECURED | 56.25 | .00 | .00 |
| RUSH COPLEY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1633.87 | .00 | .00 |
| ST ANTHONY MEDICAL CENTE | UNSECURED | 90422.60 | .00 | .00 |

```
APLM LTD                      UNSECURED      NOT FILED              .00           .00
ROUNDUP FUNDING LLC           UNSECURED      NOT FILED              .00           .00
GREENLEAF ORTHOPEDIC          UNSECURED        2333.00              .00           .00
ATG CREDIT                    UNSECURED        1348.93              .00           .00
RMI                           UNSECURED        1180.38              .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                     SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   5327.36           .00     142280.49          .00     147607.85
PRINCIPAL PAID       4727.36           .00           .00          .00       4727.36
INTEREST PAID            .00           .00           .00          .00            .00
TOTAL PAID           4727.36           .00           .00          .00       4727.36
```

The Debtor's attorney, RICHARD E SEXNER             , was allowed $   3500.00
and was paid $   1269.00   direct and $   1179.00   through the plan.

The Trustee received $     281.64 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/16/08                   /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 08071 CHERYL A FISHER